IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BLACKSHIRE,

    Plaintiff,     No. 2:12-cv-1803 JAM GGH PS

    vs.

SACRAMENTO REGIONAL TRANSIT,

    Defendant.     ORDER

_____/

    Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees.  See 28 U.S.C. §§ 1914(a), 1915(a).  Although plaintiff has checked boxes indicating that he has received income from business, profession, or other self-employment, rent payments, interest, or dividends, and disability, or worker's compensation payments, plaintiff has not described each source of money received, it's amount, and what he expects to receive in future, in accordance with these follow-up questions.  Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

\\\\\

\\\\\

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Plaintiff shall submit, within twenty-one (21) days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

DATED: September 11, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Blackshire1803.ifp.wpd