1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK BLACKSHIRE,

11          Plaintiff,              No. 2:12-cv-1803 JAM GGH PS

12      vs.

13   SACRAMENTO REGIONAL TRANSIT,

14          Defendant.          FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed December 12, 2012, plaintiff's complaint was dismissed and

17   twenty-eight days leave to file an amended complaint was granted.  In that order, the court

18   informed plaintiff of the deficiencies in his complaint.  The twenty-eight day period has now

19   expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's

20   order.

21          Plaintiff has apparently decided to rest on the dismissed complaint.  For the

22   reasons given in the December 12, 2012, order, IT IS HEREBY RECOMMENDED that this

23   action be dismissed with prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

24          These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

26   days after being served with these findings and recommendations, plaintiff may file written

1    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

2    Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

3    specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

4    F.2d 1153 (9th Cir. 1991).

5    DATED: January 24, 2013

6

7                                    /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

8

9    GGH:067/Blackshire1803.fta.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26