UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BLACKSHIRE,

    Plaintiff,

    v.

SACRAMENTO REGIONAL TRANSIT,

    Defendant.

No. 2:12-cv-1803 JAM GGH PS

ORDER

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On August 5, 2015, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 19) Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed August 5, 2015, are adopted in full; and

    2. Plaintiff's May 26, 2016 motion to reopen his case (ECF No. 17) is denied.

DATED: October 15, 2015

                                                /s/ John A. Mendez

                                                UNITED STATES DISTRICT COURT JUDGE