UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BLACKSHIRE,

    Plaintiff,

  v.

SACRAMENTO REGIONAL TRANSIT,

    Defendant.

No. 2:12-cv-1803 JAM GGH PS

ORDER

    On May 26, 2016, plaintiff filed a request for appointment of counsel. This action was closed on April 15, 2013. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

Dated: June 1, 2016

                      /s/ Gregory G. Hollows

               UNITED STATES MAGISTRATE JUDGE

GGH:076/Blackshire1803.58

1