UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE,<br><br>Plaintiff,<br><br>v.<br><br>NAPA STATE HOSPITAL,<br><br>Defendant. | No. 2:12-cv-1803 JAM DB PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this matter pro se, and accordingly this matter was referred to the undersigned pursuant to Local Rule 302(c)(21). On May 24, 2018, plaintiff filed a motion to reopen this action. (ECF No. 25.) This action, however, was closed on April 15, 2013. (ECF No. 11.) And plaintiff previously brought a motion to reopen this action, which was denied. (ECF No. 22.)

Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's motion to reopen will, therefore, not be considered.

DATED: April 8, 2019  /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/blackshire1803.dis.reg.ord

1